# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NALCO COMPANY LLC, | Civil Action No. 1:15-cv-08913 |
| Plaintiff, | Honorable Edmond E. Chang |
| v. | |
| SOLENIS LLC, | |
| Defendant. | |

| | |
|---|---|
| NALCO COMPANY LLC and ECOLAB USA, INC., | Civil Action No. 1:16-cv-08897 |
| Plaintiffs, | Honorable Edmond E. Chang |
| v. | |
| SOLENIS LLC, | |
| Defendant. | |

**STIPULATED MOTION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c), Nalco Company LLC, Ecolab USA Inc., and Solenis LLC having settled their respective claims and disputes ("Settlement Agreement"), through their respective counsel, stipulate and agree, subject to the Court's approval, that all claims, defenses and counterclaims in this action are dismissed with prejudice, including all pending motions. Each party shall bear its own costs, attorneys' fees and expenses.

|  |  |
|---|---|
| Respectfully Submitted, | |
| Date: August 24, 2017 | s/Kevin P. Shortsle<br>Charles M. McMahon<br>Michael P. Chu<br>Kevin P. Shortsle<br>Avani C. Macaluso<br>Alex M. Grabowski<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Chicago, Illinois 60606<br>Tel. 312.372.2000<br>Fax. 312.984.7700<br>cmcmahon@mwe.com<br>mchu@mwe.com<br>kshortsle@mwe.com<br>amacaluso@mwe.com<br>agrabowski@mwe.com<br><br>*Attorneys for Defendant Solenis LLC* |
| Date: August 24, 2017 | s/Anthony R. Zeuli<br>Anthony R. Zeuli (IL #6231415)<br>Rachel Zimmerman Scobie<br>Anneliese Mayer<br>MERCHANT & GOULD, P.C.<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Phone: 612.332.5300<br>Fax: 612.332.9081<br><br>David E. Morrison<br>Robert D. Leighton<br>GOLDBERG KOHN LTD.<br>55 East Monroe Street, Suite 3300<br>Chicago, Illinois 60603<br>(312) 201-4000<br><br>*Attorneys for Plaintiffs Nalco Company LLC and Ecolab USA, Inc.* |